# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:14-cr-83-Orl-31KRS**

**WILLIE JAMES MCKNIGHT**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO DELAY VOLUNTARY SURRENDER (Doc. No. 106)
>
> **FILED:** February 11, 2015
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Clerk is directed to contact Defendant McKnight by telephone to notify him the Motion was denied.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant